**Exhibit "A"**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-098-016**

Effective Date of Registration:
April 06, 2018

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published:   January 10, 2009 to November 21, 2009

### Title

| | |
|---|---|
| **Title of Group:** | Selected 2009 Photographs K13 Including One Watermark Place II, Oasis and Others Case Number 1-6466028066 |
| **Number of Photographs in Group:** | 8 |
| • **Individual Photographs:** | One Watermark Place II |
| **Published:** | January 2009 |
| • **Individual Photographs:** | Presidential Place beach aerial a 2009 AAP, Resort Singer Island chef cooking in cafe 2009 AAP, Oasis pool a Singer Island 2009 AAP |
| **Published:** | August 2009 |
| • **Individual Photographs:** | North Palm Beach 97 |
| **Published:** | September 2009 |
| • **Individual Photographs:** | Boynton Beach Inlet aerial c 2009 AAP, Boca Raton Inlet aerial a 2009 AAP |
| **Published:** | October 2009 |
| • **Individual Photographs:** | Loxahatchee Club pano 2009 AAP |
| **Published:** | November 2009 |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2009 |
| **Earliest Publication Date in Group:** | January 10, 2009 |
| **Latest Publication Date in Group:** | November 21, 2009 |
| **Nation of First Publication:** | United States |

### Author

| | |
|---|---|
| • **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |

Page 1 of 2

|  |  |
|---|---|
| **Domiciled in:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC.<br>1123 Melinda Ln, Haverhill, FL, 33417, United States |

## Certification

|  |  |
|---|---|
| **Name:** | Robert Stevens |
| **Date:** | April 06, 2018 |

|  |  |
|---|---|
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
|  | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |