**Exhibit "B"**

Page 1
Best Golf Courses Near Me – South Florida (Part 1 – North Palm Beach C - Proud 90
https://proud90.com/blogs/news/best-golf-courses-near-me-south-florida-part-1-north-palm-beach-county

PROUD NINETY    THE POLOS >    MEN'S SHORTS    WOMEN'S TOPS    BUNDLE & SAVE    HATS

The story behind this course is almost as good as the actual golf itself. NPCC has been around since the 1920's, but around 2006 it was taken from a private to a municipal course by the county, who also commissioned Jack Nicklaus to redesign the course completely. Nicklaus, being a long time Palm Beach resident himself, agreed to redesign the course and refused to take anything more than $1 as his fee.!



Since then, North Palm Beach Country Club has consistently been ranked by Golf Digest and other major golf publications as one of the top golf courses in Florida and is often referred to as one of South Florida's "hidden gems". Talk to anyone who has played here, and they will tell you that – although it may not be as manicured as some of the private clubs in the area – the links style golf is second to none. The combination of strategically placed fairway bunkers, large mounds leading up to the greens, and seemingly impossible speed once on the green will challenge even the most confident ball striker. Luckily, Nicklaus kept us amateurs in mind when putting it together, so as long as you play from the correct tee box, and don't mind spending a little time in bunkers that resemble a Scottish day at the beach, you should have a great time!



TAKE $10 OFF  ACTIVATE DISCOUNT

Captured by FireShot Pro: 01 August 2023, 15:28:56
https://getfireshot.com