AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| AFFORDABLE AERIAL PHOTOGRAPHY, INC.<br><br>*Plaintiff(s)*<br>v.<br>PROUD COMPANY, LLC d/b/a PROUD 90<br><br>*Defendant(s)* | Civil Action No. 9:24-cv-80185-DMM |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PROUD COMPANY, LLC d/b/a PROUD 90
c/o Rick Versace, Jr.
1990 NW Boca Raton Blvd
Boca Raton, FL 33432

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Daniel DeSouza, Esq.
Copycat Legal PLLC
3111 N. University Drive, Suite 301
Coral Springs, FL 33065

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Feb 20, 2024

Angela E. Noble
Clerk of Court

s/ W. Cendejas
Deputy Clerk
U.S. District Courts