**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 9:24–cv-80185-DMM

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,

      Plaintiff,

vs.

PROUD COMPANY, LLC d/b/a PROUD 90,

      Defendant,

and

CITIBANK, N.A.,

      Garnishee.

_____/

## ANSWER OF GARNISHEE, CITIBANK, N.A., TO WRIT OF GARNISHMENT; DEMAND FOR GARNISHEE'S ATTORNEYS' FEES

Garnishee, CITIBANK, N.A., by and through its undersigned attorneys, and pursuant to Chapter 77, Florida Statutes, files this answer (the "Answer") to the Writ of Garnishment dated MARCH 12, 2025, having been served by Plaintiff on APRIL 15, 2025, and states:

1. According to the records of CITIBANK, N.A., it was not indebted to the Defendant, **PROUD COMPANY, LLC d/b/a PROUD 90** (the "Defendant"), at the time of the service of the Writ, or at the time of this Answer, or at any time between such times, except as follows:

(a)     Account No.: ******2680, Title: PROUD COMPANY, LLC, Address: 1990 NW BOCA RATON BLVD, BOCA RATON, FL 33432-1620, Available Balance: $72.50.

2.     Pursuant to Section 77.06, Florida Statutes, CITIBANK, N.A., has retained the funds referenced above subject to disposition as provided by Chapter 77, Florida Statutes.

3.     Pursuant to Title 31, Part 212 of the Code of Federal Regulations, CITIBANK, N.A. has duly examined the above referenced account(s) for protected Federal Benefit Payments and has identified no such protected benefit payments.

4.     Except for the account(s) identified above, CITIBANK, N.A. is not otherwise indebted to the Defendant at the time of this Answer nor was it indebted to said Defendant at the time of service of the Writ of Garnishment or at any time between said service and the time of this Answer.

5.     Except for the account(s) identified above, CITIBANK, N.A. has no other tangible or intangible personal property of the Defendant in its possession or control at the time of this Answer nor at the time of service of the Writ of Garnishment or at any time between said service and the time of this Answer.

6.     Except for the address(es) identified above, CITIBANK, N.A. does not have knowledge of any other address for the Defendant. CITIBANK, N.A. does not have knowledge of any other person indebted to the Defendant or who may be in possession or control of any property of the Defendant.

7.     Except as noted in the title of the account(s) identified above, CITIBANK, N.A. is unaware of any other person who has or appears to have an ownership interest in any property of the Defendant.

8.     CITIBANK, N.A. has retained the undersigned attorneys and is obligated to pay the same a reasonable fee for their services in response to the Writ of Garnishment. CITIBANK, N.A. is entitled to their attorneys' fees and costs in this action pursuant to Chapter 77, Florida Statutes.

### **DEMAND FOR GARNISHEE'S ATTORNEYS' FEES**

Garnishee, CITIBANK, N.A., by and through its undersigned attorneys, and pursuant to Section 77.28, Florida Statues, hereby demands for payment one-hundred dollars ($100.00) from Garnishment Judgment Creditor to "Adams & Reese LLP." Payment shall be sent to 100 North Tampa Street, Suite 4000, Tampa, Florida 33602 and should include the title of the action and the corresponding case number. Garnishee, CITIBANK, N.A., reserves its right for further application of attorneys' fees and costs incurred in this matter.

Dated: April 22, 2025                    Respectfully submitted,


/s/  Louis M. Ursini, III
Louis M. Ursini, III
Florida Bar No. 355940
Primary: Louis.Ursini@arlaw.com
Secondary: Natalie.Alaniz@arlaw.com
100 North Tampa Street, Suite 4000
Tampa, Florida  33602
Tel:  813-402-2880
Fax:  813-402-2887
Attorney for Garnishee, Citibank, N.A.

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was electronically filed the foregoing with the Clerk of Court by using the ECF System.

/s/ Louis M. Ursini, III

Daniel DeSouza, Esq.
Florida Bar No.: 19291
Copycat Legal PLLC
3111 N. University Drive, Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com